## ARTHUR v. SHROYER.

[No. 5,894. Filed June 5, 1907.]

From Delaware Circuit Court; *Joseph G. Leffler*, Judge.

Action by Burdette M. Arthur against John A. Shroyer. From a judgment for defendant, plaintiff appeals. *Affirmed.*

*C. A. Taughinbaugh*, for appellant.

*Roscoe O. Griffith* and *James A. Ross*, for appellee.

WATSON, P. J.—The questions presented by the record in this appeal on the controlling and vital issues therein are identical with those decided by this court in the case of *Mud Valley, etc., Gas Co.* v. *Hitchcock* (1907), *ante*, 105, and upon the authority of that case the judgment is affirmed.